**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, ROBERT MALINSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:07-mj-00147-WMW |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| ROBERT MALINSKI, | |
| Defendant. | |

The Court having reviewed the file of Defendant ROBERT MALINSKI hereby orders the proceedings against him dismissed.

IT IS SO ORDERED.

Dated:   October 31, 2007        /s/  William M. Wunderlich
                                 UNITED STATES MAGISTRATE JUDGE

1
ORDER FOR DISMISSAL